# Exhibit C

| From: | Friedemann, Glenn R |
|---|---|
| To: | Goldstein, Ross |
| Cc: | Runkle, Patrick; Dahlquist, Scott B.; Johnson, Tiara A |
| Subject: | [EXTERNAL] Re: Rhode Island Hospital Subpoena |
| Date: | Wednesday, July 9, 2025 5:06:45 PM |
| Attachments: | image001.png |
| | Image.png |

Thanks Ross. Received and acknowledged. Will review and be in touch.

Glenn

Glenn R. Friedemann | Associate General Counsel | Office of General Counsel | Brown University Health | 167 Point Street, Suite 200 | Providence, RI 02903 | Phone 401.444.6627 | Fax 401.444.6206 | Email – gfriedemann@brownhealth.org



From: Goldstein, Ross <Ross.Goldstein@usdoj.gov>
Sent: Wednesday, July 9, 2025 3:01 PM
To: Friedemann, Glenn R <gfriedemann@brownhealth.org>
Cc: Runkle, Patrick <Patrick.R.Runkle@usdoj.gov>; Dahlquist, Scott B. <Scott.B.Dahlquist@usdoj.gov>; Johnson, Tiara A <Tiara.A.Johnson@usdoj.gov>
Subject: Rhode Island Hospital Subpoena

**WARNING**: This email originated outside of Brown University Health and our authorized business partners. **USE CAUTION** when clicking on links or attachments.

Glenn,

Thanks for the call just now and for agreeing to accept service by email. As discussed, attached is the administrative subpoena we discussed. Kindly confirm receipt and acceptance of service by return email. If you have any questions or concerns, please do not hesitate to reach out.

Regards,



**Ross S. Goldstein | Assistant Director**
United States Department of Justice
Consumer Protection Branch
450 Fifth Street, NW #6400
Washington, D.C. 20001

Tel: (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov

This transmission is intended only for the addressee(s) listed above and may contain information that is confidential. If you are not the addressee, any use, disclosure, copying or communication of the contents of this message is prohibited. Please contact me if this message was transmitted in error.