**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

<table>
<tr>
<td>

IN THE MATTER OF
ADMINISTRATIVE SUBPOENA 25-1431-032

</td>
<td>

Civil Action No. 4:26-MC-0006-O

</td>
</tr>
</table>

**NOTICE OF APPEAL**

Notice is hereby given that Rhode Island Hospital appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on April 30, 2026 (ECF No. 2).

Dated: May 6, 2026

Respectfully submitted,

/s/ *Mindy M. Sauter*
Mindy M. Sauter
Texas Bar No. 24033114
MCGUIREWOODS LLP
2601 Olive Street
Suite 2100
Dallas, Texas 75201
T: (469) 372-3916
F: (214) 273-7470
msauter@mcguirewoods.com

Eric G. Olshan (*Pro Hac Vice* pending)
MCGUIREWOODS LLP
Tower Two-Sixty, 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050
eolshan@mcguirewoods.com

Kathryn M. Barber (*Pro Hac Vice* pending)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219

T: (804) 775-1227
F: (804) 698-2227
kbarber@mcguirewoods.com

*Attorneys for Rhode Island Hospital*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal was filed electronically with the clerk of court via ECF, which will provide electronic service on all counsel of record.


Dated: May 6, 2026                                 */s/ Mindy M. Sauter*
                                                              Mindy M. Sauter