**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| **IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.  4:26-MC-00006-O** |

## ORDER

Before the Court is Rhode Island Hospital's (the "Hospital") Emergency Motion for Stay Pending Appeal (ECF No. 7). The Hospital requests a ruling on its Motion by May 8, 2026. While the Court will work expeditiously to ensure a speedy ruling on the Motion, the Court notes that it is in trial as of the date of this Order and will likely remain in trial until May 13, 2026. The Court also notes that the Hospital does not have to comply with the Subpoena until May 14, 2026. Accordingly, the Court **ORDERS** the government to respond to the Hospital's Motion to Stay no later than **12:00 P.M. on May 8, 2026**. The Court will issue a ruling on the Hospital's Motion as soon as is practicable.

**SO ORDERED** on this **7th day** of **May, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**