**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE 2025 SUBPOENA TO RHODE ISLAND HOSPITAL | Case No. 4:26-mc-00006-O |

**NOTICE OF RELATED PROCEEDINGS AND FILINGS**

Earlier today, before a district judge in the District of Rhode Island, Rhode Island Hospital filed the attached motion to quash the same subpoena upon which this Court has already ruled. *See* Ex. A. In the filing, Rhode Island Hospital claims, among other things, that this Court's order is "void" and that other district courts should be permitted to collaterally attack it. *Id*. at 23. Rhode Island Hospital has asked for a ruling from Judge Mary McElroy in Rhode Island prior to the deadline for compliance with this Court's order. *Id*. at 24. The court in Rhode Island has scheduled an emergency hearing on Tuesday, May 12, at 2 p.m. Eastern Time to consider challenges to this Court's order. *See* Ex. B (docket sheet).

The court in Rhode Island has also ordered the Government to provide the Hsiao Declaration—the document that this Court considered ex parte and under seal—via email to chambers by 5 p.m. Eastern Time today. *Id*. The Government intends to comply with Judge McElroy's order.

Dated this 11th day of May, 2026.

Respectfully submitted,

RYAN RAYBOULD
United States Attorney

ETHAN WOMBLE
Assistant United States Attorney

U.S. Attorney's Office
State Bar No. 24102757
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Fax: 214-659-8809
ethan.womble@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation
    Branch


 /s/ Patrick R. Runkle
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
United States Department of Justice
Enforcement & Affirmative Litigation
    Branch
P.O. Box 386
Washington, DC 20044
Tel:  (202) 532-4723
Fax:  (202) 514-8742
Patrick.R.Runkle@usdoj.gov