# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:26-mc-00007-MSM-AEM

In Re: Motion to Quash Administrative Subpoena to Rhode Island Hospital
Assigned to: District Judge Mary S. McElroy
Referred to: Magistrate Judge Amy E. Moses
Cause: no cause specified

Date Filed: 05/04/2026

**Petitioner**

| | | |
|---|---|---|
| **Child Advocate for the State of Rhode Island** | represented by | **Amy Retsinas Romero**<br>DeLuca, Weizenbaum, Barry & Revens, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>401-453-1500<br>Fax: 401-453-1501<br>Email: amy@dwbrlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Love Hubbard**<br>DeLuca, Weizenbaum, Barry & Revens, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>401-453-1500<br>Fax: 401-453-1501<br>Email: kevin@dwbrlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lynette J. Labinger**<br>Lynette Labinger, Attorney at Law<br>128 Dorrance Street, Box 710<br>Providence, RI 02903<br>401-465-9565<br>Email: LL@labingerlaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Miriam Weizenbaum**<br>DeLuca, Weizenbaum, Barry & Revens, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>401-453-1500<br>Fax: 401-453-1501<br>Email: miriam@dwbrlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **United States of America** | represented by | **Kevin Bolan**<br>DOJ-USAO<br>U.S. Attorney's Office for the District of Rhode Island<br>One Financial Plaza<br>Ste 17th Floor<br>Providence, RI 02903<br>401-709-5000<br>Email: kevin.bolan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ross S. Goldstein**<br>U.S. Department of Justice<br>Enforcement & Affirmative Litigation Branch<br>P.O. Box 386<br>Washington, DC 20044<br>202-353-4218<br>Email: ross.goldstein@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brantley Mayers**<br>DOJ-Civ<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>202-890-9874<br>Email: brantley.t.mayers@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Runkle**<br>DOJ-Civ<br>Ealb<br>PO Box 386<br>Washington, DC 20044-0386<br>202-532-4723<br>Email: patrick.r.runkle@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **State of Rhode Island** | represented by | **Julia Harvey**<br>RI Department of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400<br>Email: jharvey@riag.ri.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kathryn F. Gradowski**
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Email: kgradowski@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Rice**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Email: srice@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Center for Youth Law**      represented by **Gil Alan Bianchi , Jr.**
Bianchi Brouillard Sousa & O'Connell, P.C.
56 Pine Street, Suite 250
Providence, RI 02903
401-223-2990
Fax: 877-548-4539
Email: gbianchi@bbsolaw.com
*ATTORNEY TO BE NOTICED*

**Nicole Smith**
Bianchi Brouillard Sousa & O'Connell PC
56 Pine Street
Ste 250
Providence, RI 02903
401-223-2990
Email: nsmith@bbsolaw.com
*ATTORNEY TO BE NOTICED*

**Nina Monfredo**
National Center for Youth Law
818 Connecticut Ave, NW, Suite 425
Washington, DC 200006
202-868-4781
Email: monfredo@youthlaw.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**LAMBDA Legal Defense and Education
Fund, Inc.**      represented by **A.D. Sean Lewis**
Lambda Legal Defense and Education
Fundtional Fund, INc.
800 S. Figueroa St
Suite 1260
Los Angeles, CA 90017
213-382-7600

Email: alewis@lambdalegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen Loewy**
Lambda Legal Defense and Education
Fundtional Fund, INc.
16th St NW
Ste 4140
Washington, DC 20006
202-804-6245
Email: kloewy@lambdalegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omar Gonzalez-Pagan**
Lambda Legal Defense and Education
Fundtional Fund, INc.
120 Wall St
19th Floor
New York, NY 10005
212-809-8585
Email: ogonzalez-pagan@lambdalegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sonja L. Deyoe**
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
401 864-5877
Fax: 401 354-7464
Email: sld@the-straight-shooter.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Center for LGBTQ Rights**                represented by **Gil Alan Bianchi , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Monfredo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Commonwealth of Massachusetts**

**Amicus**

**State of Arizona**

**Amicus**

**State of California**

**Amicus**

**State of Colorado**

**Amicus**

**State of Connecticut**

**Amicus**

**State of Delaware**

**Amicus**

**District of Columbia**

**Amicus**

**State of Illinois**

**Amicus**

**State of Maine**

**Amicus**

**State of Maryland**

**Amicus**

**State of Michigan**

**Amicus**

**State of Minnesota**

**Amicus**

**State of Nevada**

**Amicus**

**State of New Jersey**

**Amicus**

**State of New Mexico**

**Amicus**

**State of New York**

**Amicus**

**State of Oregon**

**Amicus**

**State of Vermont**

**Amicus**

**State of Washington**

**Amicus**

**State of Wisconsin**

V.

**Intervenor**

**Rhode Island Hospital**                                  represented by  **Eric G. Olshan**
                                                                          McGuireWoords LLP
                                                                          260 Forbes Ave
                                                                          Suite 1800
                                                                          Pittsburgh, PA 15222-3142
                                                                          412-667-7941
                                                                          Email: eolshan@mcguirewoods.com
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kathryn G. Barber**
                                                                          McGuireWoods LLP
                                                                          800 East Canal St
                                                                          Richmond, VA 23219-3916
                                                                          412-667-7941
                                                                          Email: KBarber@mcguirewoods.com
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Stacey P. Nakasian**
                                                                          Duffy & Sweeney, LTD.
                                                                          321 South Main Street
                                                                          4th Floor
                                                                          Providence, RI 02903
                                                                          401-455-0700
                                                                          Fax: 401-455-0701
                                                                          Email: stacey.nakasian@stevenslee.com
                                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/04/2026 | 1 | Emergency MOTION to Quash - New Case ( filing fee paid $ 52.00, receipt number ARIDC-2273580 ), filed by Child Advocate for the State of Rhode Island. **Responses due by 5/18/2026.** (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Weizenbaum, Miriam) (Entered: 05/04/2026) |
| 05/04/2026 |   | Case assigned to District Judge Mary S. McElroy and Magistrate Judge Amy E. Moses. (Simoncelli, Michael) (Entered: 05/04/2026) |
| 05/04/2026 | 2 | MOTION for Kevin Love Hubbard to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2273657 ) filed by Child Advocate for the State of Rhode Island. (Weizenbaum, Miriam) (Entered: 05/04/2026) |
| 05/04/2026 |   | TEXT ORDER granting 2 Motion to Appear Pro Hac Vice of Kevin Love Hubbard. So Ordered by District Judge Mary S. McElroy on 5/4/2026. (Hill, Cherelle) (Entered: 05/04/2026) |
| 05/04/2026 | 3 | NOTICE of Appearance by Lynette J. Labinger on behalf of Child Advocate for the State of Rhode Island (Labinger, Lynette) (Entered: 05/04/2026) |

| | | |
|---|---|---|
| 05/04/2026 | | TEXT ORDER: The Government shall respond to 1 Emergency MOTION to Quash on or before 5/7/2026 by 2:00 pm. So Ordered by District Judge Mary S. McElroy on 5/4/2026. (Potter, Carrie) (Entered: 05/04/2026) |
| 05/04/2026 | 4 | NOTICE of Appearance by Amy Retsinas Romero on behalf of Child Advocate for the State of Rhode Island (Romero, Amy) (Entered: 05/04/2026) |
| 05/04/2026 | | NOTICE of Hearing on Motion 1 Emergency MOTION to Quash : Motion Hearing set for 5/12/2026 at 02:30 PM via Zoom before District Judge Mary S. McElroy. Zoom information to be emailed to counsel of record. The public is invited to view the hearing via the Court's YouTube channel. More information will be available on the Court's website www.rid.uscourts.gov. (Potter, Carrie) (Entered: 05/04/2026) |
| 05/04/2026 | 5 | NOTICE by Child Advocate for the State of Rhode Island *of Related Proceedings* (Hubbard, Kevin) (Entered: 05/04/2026) |
| 05/05/2026 | 6 | NOTICE of Appearance by Ross S. Goldstein on behalf of United States of America (Goldstein, Ross) (Entered: 05/05/2026) |
| 05/07/2026 | 7 | NOTICE of Appearance by Patrick Runkle on behalf of United States of America (Runkle, Patrick) (Entered: 05/07/2026) |
| 05/07/2026 | 8 | MOTION to Stay *or Transfer Venue* filed by United States of America. **Responses due by 5/21/2026.** (Runkle, Patrick) (Entered: 05/07/2026) |
| 05/07/2026 | 9 | RESPONSE In Opposition to 1 Emergency MOTION to Quash - New Case ( filing fee paid $ 52.00, receipt number ARIDC-2273580 ) filed by United States of America. **Replies due by 5/14/2026.** (Attachments: # 1 Exhibit RIH Notice of Privacy Practices)(Goldstein, Ross) (Entered: 05/07/2026) |
| 05/07/2026 | | TEXT ORDER. The Government's Motion to Stay or Transfer Venue (ECF No. 8) is DENIED. When deciding whether to apply the first-to-file rule, courts must consider: "(1) which action was filed first; (2) the similarity of the parties; and (3) the similarity of the issues." *Waithaka v. Amazon.com, Inc.*, 404 F. Supp. 3d 335, 350 (D. Mass. 2019), *aff'd*, 966 F.3d 10 (1st Cir. 2020). While the Texas enforcement action was filed first, the remaining factors are not satisfied. The parties are not similar: the Child Advocate was not a party to the Texas proceeding, had no notice of those proceedings, and had no opportunity to be heard there. Rhode Island Hospital, the only party before the Texas court, is not a party here. The issues are not similar: the Texas court adjudicated the enforceability of the subpoena as between the government and Rhode Island Hospital; this Court is asked to adjudicate the independent constitutional privacy rights of minor patients who were never before any court. Those claims were neither raised nor considered in Texas and could not have been, as the affected parties were absent. The first-to-file rule does not apply. So Ordered by District Judge Mary S. McElroy on 5/7/2026. (Potter, Carrie) (Entered: 05/07/2026) |
| 05/07/2026 | | NOTICE of Hearing on Motion 1 Emergency MOTION to Quash. Motion Hearing reset for 5/12/2026 at 02:00 PM in Courtroom 2 before District Judge Mary S. McElroy. **PLEASE NOTE THIS HEARING WILL NOW TAKE PLACE IN PERSON**. The public may view the hearing via the Court's YouTube channel. Please visit rid.uscourts.gov for additional information. (Potter, Carrie) (Entered: 05/07/2026) |

| | | |
|---|---|---|
| 05/08/2026 | 10 | Consent MOTION for Leave to File Amicus Brief *of Rhode Island, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Vermont, Washington, and Wisconsin* filed by State of Rhode Island. **Responses due by 5/22/2026.** (Attachments: # 1 Proposed States' Amicus Brief)(Rice, Sarah) (Entered: 05/08/2026) |
| 05/08/2026 | 11 | MOTION for Nina Monfredo to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2276886 ) filed by National Center for Youth Law. (Smith, Nicole) (Entered: 05/08/2026) |
| 05/08/2026 | 12 | REPLY to Response re 9 Response to Motion, filed by Child Advocate for the State of Rhode Island. (Attachments: # 1 Exhibit 1)(Hubbard, Kevin) (Entered: 05/08/2026) |
| 05/09/2026 | 13 | Amicus Curiae APPEARANCE entered by Sonja L. Deyoe on behalf of LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/09/2026) |
| 05/09/2026 | 14 | MOTION Leave to file Amicus - unopposed filed by LAMBDA Legal Defense and Education Fund, Inc.. **Responses due by 5/26/2026.** (Deyoe, Sonja) (Entered: 05/09/2026) |
| 05/09/2026 | 15 | AMICUS BRIEF by LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/09/2026) |
| 05/09/2026 | 16 | NOTICE of Appearance by Stacey P. Nakasian on behalf of Rhode Island Hospital (Nakasian, Stacey) (Entered: 05/09/2026) |
| 05/09/2026 | 17 | MOTION to Intervene filed by Rhode Island Hospital. **Responses due by 5/26/2026.** (Attachments: # 1 Exhibit 1)(Nakasian, Stacey) (Entered: 05/09/2026) |
| 05/09/2026 | 18 | MOTION for Eric G. Olshan to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2277072 ) filed by Rhode Island Hospital. (Nakasian, Stacey) (Entered: 05/09/2026) |
| 05/09/2026 | 19 | MOTION for Kathryn M. Barber to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2277073 ) filed by Rhode Island Hospital. (Nakasian, Stacey) (Entered: 05/10/2026) |
| 05/10/2026 | 20 | MOTION to Intervene *(Corrected Filing to add exhibits)* filed by Rhode Island Hospital. **Responses due by 5/26/2026.** (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Nakasian, Stacey) (Entered: 05/10/2026) |
| 05/10/2026 | 21 | MOTION for A.D. Sean Lewis to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2277083 ) filed by LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/10/2026) |
| 05/10/2026 | 22 | MOTION for Omar Gonzalez-Pagan to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2277089 ) filed by LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/10/2026) |
| 05/11/2026 | 23 | MOTION for Karen Loewy to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC-2277289 ) filed by LAMBDA Legal Defense and Education Fund, Inc.. (Attachments: # 1 Exhibit A)(Deyoe, Sonja) (Entered: 05/11/2026) |
| 05/11/2026 | 24 | MOTION for Leave to File Amicus Brief filed by National Center for Youth Law. **Responses due by 5/26/2026.** (Attachments: # 1 Supporting Memorandum)(Bianchi, Gil) (Entered: 05/11/2026) |

| | | |
|---|---|---|
| 05/11/2026 | 25 | NOTICE of Appearance by Gil Alan Bianchi, Jr on behalf of National Center for Youth Law (Bianchi, Gil) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 10 Motion for Leave to File Amicus Brief. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 26 | AMICUS BRIEF by State of RHODE ISLAND, MASSACHUSETTS, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, VERMONT, WASHINGTON, AND WISCONSIN (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 14 MOTION Leave to file Amicus - unopposed . So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 17 Motion to Intervene; granting 20 Motion to Intervene. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 27 | NOTICE of Appearance by Brantley Mayers on behalf of United States of America (Mayers, Brantley) (Entered: 05/11/2026) |
| 05/11/2026 | 28 | Emergency MOTION to Quash *Subpoena Duces Tecum* filed by Rhode Island Hospital. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit) (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 24 Motion for Leave to File Amicus Brief. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 29 | AMICUS BRIEF by National Center for LGBTQ Rights and National Center for Youth Law. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 11 Motion to Appear Pro Hac Vice of Nina Monfredo. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 18 Motion to Appear Pro Hac Vice of Eric G. Olshan. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 19 Motion to Appear Pro Hac Vice of Kathryn M. Barber. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 21 Motion to Appear Pro Hac Vice of A.D. Sean Lewis. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 22 Motion to Appear Pro Hac Vice of Omar Gonzalez-Pagan. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 23 Motion to Appear Pro Hac Vice of Karen Loewy. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER. The Respondent is directed to provide to this Court the Hsiao Declaration and all other information provided to the Court in the Northern District of Texas to support its choice to enforce the subpoena in that Court. The information may be provided ex parte due to the sensitive nature of the information and must be provided by 5:00 p.m. today. The documents are to be produced by sending an email to carrie_potter@rid.uscourts.gov. |

So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026)

---

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">05/11/2026 14:26:35</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>megatronman</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>1:26-mc-00007-MSM-AEM</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>7</td><td><strong>Cost:</strong></td><td>0.70</td></tr>
</table>