**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| **IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032** | § § § § § § § § § | **Civil Action No.  4:26-MC-00006-O** |

## ORDER

The Court entered an Order (ECF No. 17) in response to the Government's Supplemental Emergency Petition to Disclose the Existence of a Grand Jury Investigation (ECF No. 16). That Order was sealed out of an abundance of caution because it was docketed just after midnight due to a deadline imposed by the Rhode Island District Court requiring the Government to disclose information protected by the Grand Jury secrecy laws as well as information the undersigned ordered to be sealed.

Having since reviewed that Order, there is no good reason for it to remain sealed. Accordingly, the Clerk is directed to unseal it.

**SO ORDERED** on this **14th day** of **May, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**