**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| IN RE 2025 SUBPOENA TO RHODE ISLAND HOSPITAL | Case No. 4:26-mc-00006-O |

**GOVERNMENT'S NOTICE OF RELATED PROCEEDINGS AND FILINGS**

Three days ago, the Government noticed to this Court a motion to quash Rhode Island Hospital ("RIH") filed in the United States District Court for the District of Rhode Island ("the Rhode Island court"). (*See* Dkt. 13.) Last night, the Rhode Island court granted RIH's motion, quashed the subpoena in full, and enjoined the Government "from receiving, using, retaining, or disseminating any patient-identifying information or protected health information produced by RIH in response to Administrative Subpoena No. 25-1431-032, including all materials responsive to Requests 11 through 15 and any other materials that identify, or reasonably permit the identification of, Rhode Island's children."

This morning, RIH moved in the Rhode Island court for an order clarifying that the injunction entered last night precludes the Government from "seeking, demanding, receiving, using, retaining, or disseminating any records responsive to Administrative Subpoena No. 25-1431-032." Also this morning, the Government filed its notice of appeal to the United States Court of Appeals for the First Circuit from the Rhode Island court's order.

After the Government noticed its appeal, the Rhode Island court granted in part RIH's motion to clarify and entered an amended order, which now enjoins the Government "from seeking, receiving, using, retaining, or disseminating any patient-identifying information or protected health information produced by RIH in response to Administrative Subpoena No. 25-1431-032, including but not limited to all materials responsive to Requests 11 through 15 and any other materials that identify, or reasonably permit the identification of, Rhode Island's children." Out of candor to the Court, the Government attaches those documents to this notice. *See* Ex. A (Order); Ex. B (Motion); Ex. C (Notice of Appeal); Ex. D (Amended Order).

(continued on the next page)

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney
General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation
    Branch

ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
United States Department of Justice
Enforcement & Affirmative Litigation
    Branch
P.O. Box 386
Washington, DC 20044
Tel:  (202) 532-4723

RYAN RAYBOULD
United States Attorney


*/s/ Ethan Womble*
ETHAN WOMBLE
Assistant United States Attorney
U.S. Attorney's Office
State Bar No. 24102757
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Fax: 214-659-8809
ethan.womble@usdoj.gov