**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN THE MATTER OF
ADMINISTRATIVE SUBPOENA 25-1431-032

Civil Action No. 4:26-mc-0006

**NOTICE**

On May 13, 2026, the U.S. District Court for the District of Rhode Island entered a Memorandum and Order holding that Administrative Subpoena 25-1431-032 is invalid and unlawful in its entirety, on three independent grounds; quashing the subpoena in full; and enjoining the Department of Justice. *See* Ex. 1. The District of Rhode Island slightly amended the portion of its Memorandum and Order today, May 14, 2026, as to the injunction issued against the DOJ. *See* Ex. 2. The Government has appealed the decision of the District of Rhode Island to the U.S. Court of Appeals for the First Circuit.

The District of Rhode Island's quashal of the subpoena means RIH has "just cause" not to comply with that now-invalid subpoena. ECF No. 2 at 2; *see In re Sealed Case*, 827 F.2d 776, 778 (D.C. Cir. 1987) ("just cause" for noncompliance includes subpoena's "unlawfulness"). Indeed, RIH has no legal obligation to comply with the quashed subpoena in any respect. *See Ibarra v. Baker*, 338 F. App'x 457, 471 (5th Cir. 2009) (a party cannot "have disobeyed [a] subpoena if it did not require him to act"). RIH thus provides this Court notice of its position that compliance with the quashed subpoena is not legally required or justified.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Mindy Sauter*
Mindy M. Sauter
Texas Bar No. 24033114

MCGUIREWOODS LLP
2601 Olive Street
Suite 2100
Dallas, Texas 75201
T: (469) 372-3916
F: (214) 273-7470
msauter@mcguirewoods.com

Eric G. Olshan (*Pro Hac Vice* pending)
MCGUIREWOODS LLP
Tower Two-Sixty, 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050
eolshan@mcguirewoods.com

Kathryn M. Barber (*Pro Hac Vice* pending)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1227
F: (804) 698-2227
kbarber@mcguirewoods.com

*Attorneys for Rhode Island Hospital*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice was filed electronically with the clerk of court via ECF, which will provide electronic service on all counsel of record.

Dated: May 14, 2026                                     Respectfully submitted,

*/s/ Mindy Sauter*
Mindy M. Sauter
Texas Bar No. 24033114
MCGUIREWOODS LLP
2601 Olive Street
Suite 2100
Dallas, Texas 75201
T: (469) 372-3916
F: (214) 273-7470
msauter@mcguirewoods.com

Eric G. Olshan (*Pro Hac Vice* pending)
MCGUIREWOODS LLP
Tower Two-Sixty, 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050
eolshan@mcguirewoods.com

Kathryn M. Barber (*Pro Hac Vice* pending)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1227
F: (804) 698-2227
kbarber@mcguirewoods.com

*Attorneys for Rhode Island Hospital*

3