**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN THE MATTER OF
ADMINISTRATIVE SUBPOENA 25-
1431-032**

§
§
§
§
§
§
§
§
§

**Civil Action No.  4:26-MC-00006-O**

## ORDER

The Court sets an in-person hearing for **Monday, May 18, 2026, at 2:00 P.M.** for a status conference. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**. Counsel for all Parties are **ORDERED** to appear at the hearing set above.

**SO ORDERED** on this **15th day** of **May, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**