**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032 | Civil Action No. 4:26-MC-0006-O |

**NOTICE**

On May 18, 2026, this Court ordered Rhode Island Hospital (RIH) to submit to the Court "all materials that it would have turned over to the Government" in compliance with the Court's April 30 Order enforcing the Government's administrative subpoena. Order, ECF No. 26, at 5-6. As stated in the May 18 Order, the documents are to be "secured and held *in camera*" and kept "inaccessible to the Government for the pendency of the appeals" in the First and Fifth Circuits. *Id.* at 6.

In accordance with the May 18 Order, RIH will make an initial production of responsive and non-privileged information that it would have produced to the Government under the subpoena by 11:59 p.m. CT today. RIH's *in camera* production is to comply with the May 18 Order, not the underlying subpoena.

As RIH has previously indicated, production of records, and necessarily compliance with the Court's May 18 Order requiring *in camera* production, will take a period of months. *See* ECF No. 8, Ex. 1 at App. 6-7. This timeline is primarily the result of the capabilities of RIH's systems and vendors, the volume of the data to be collected, and the time-consuming and costly nature of the review process, which will divert RIH personnel from their daily responsibilities. *See id.* RIH anticipates making its next production of responsive materials no later than Friday, May 29, 2026.

On that date, RIH will also provide this Court (via sealed notice) a proposed schedule for subsequent productions, with a goal of rolling submissions every two weeks.

To the extent that records RIH intends to produce contain any patient information, RIH will anonymize and de-identify this information as agreed by the Government on the record during the May 12 hearing before the District of Rhode Island, *see* Ex. 1 at App. 105-06, 128-29, consistent with the Government's agreement with other similarly situated subpoena recipients, *id.* at App. 172-73, and the Government's stated standard "practice . . . of offering . . . an anonymized data production to recipients," *id.* at App. 104.

RIH maintains its position that the subpoena is invalid and RIH has no legal obligation to produce responsive documents to the Government—nor can the Government receive any such materials, *see* ECF No. 21, Ex. 2 at App. 29-53, as counsel for the Government acknowledged during the May 18 status conference. RIH makes this production solely in compliance with this Court's May 18 Order and without waiver of any objections to the subpoena's validity, scope, or enforceability that it has already raised or that it could raise in an appropriate forum.[1]


Dated: May 19, 2026                                          Respectfully submitted,

                                                            /s/ Mindy M. Sauter
                                                            Mindy M. Sauter
                                                            Texas Bar No. 24033114
                                                            MCGUIREWOODS LLP
                                                            2601 Olive Street
                                                            Suite 2100
                                                            Dallas, Texas 75201

---

[1] The District of Rhode Island's order is currently on appeal in the First Circuit (No. 26-1568). If the First Circuit affirms that order, RIH will continue to have no obligation to produce documents to the Government, and the Government will remain enjoined from receiving materials from RIH. RIH acknowledges that the Child Advocate for the State of Rhode Island filed an Emergency Motion for Injunction Pending Appeal with the First Circuit on May 19, 2026. RIH has not had any communications with the Child Advocate since the Court's May 18 Order.

T: (469) 372-3916
F: (214) 273-7470
msauter@mcguirewoods.com

Eric G. Olshan (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
Tower Two-Sixty, 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050
eolshan@mcguirewoods.com

Kathryn M. Barber (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1227
F: (804) 698-2227
kbarber@mcguirewoods.com

Robert L. Webster
Texas Bar No. 21053375
8350 N Central Expressway
Suite 1900
Dallas, TX 75206
T: (817) 953-8699
robert.webster@bobwebsterlaw.com

*Attorneys for Rhode Island Hospital*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice was filed electronically with the clerk of court via ECF, which will provide electronic service on all counsel of record.

Dated: May 19, 2026                                 Respectfully submitted,

                                                    */s/ Mindy M. Sauter*
                                                    Mindy M. Sauter
                                                    Texas Bar No. 24033114
                                                    MCGUIREWOODS LLP
                                                    2601 Olive Street
                                                    Suite 2100
                                                    Dallas, Texas 75201
                                                    T: (469) 372-3916
                                                    F: (214) 273-7470
                                                    msauter@mcguirewoods.com

                                                    Eric G. Olshan (*Pro Hac Vice* pending)
                                                    MCGUIREWOODS LLP
                                                    Tower Two-Sixty, 260 Forbes Avenue
                                                    Suite 1800
                                                    Pittsburgh, PA 15222
                                                    T: (412) 667-6000
                                                    F: (412) 667-6050
                                                    eolshan@mcguirewoods.com

                                                    Kathryn M. Barber (*Pro Hac Vice* pending)
                                                    MCGUIREWOODS LLP
                                                    800 East Canal Street
                                                    Richmond, VA 23219
                                                    T: (804) 775-1227
                                                    F: (804) 698-2227
                                                    kbarber@mcguirewoods.com

                                                    Robert L. Webster
                                                    Texas Bar No. 21053375
                                                    8350 N Central Expressway
                                                    Suite 1900
                                                    Dallas, TX 75206

4

T: (817) 953-8699
robert.webster@bobwebsterlaw.com

*Attorneys for Rhode Island Hospital*