**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| **IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032** | § § § § § § § § § |

**Civil Action No.  4:26-MC-00006-O**

## NOTICE

The Court issues this Notice of Manual filing of electronic documents by Counsel for Rhode Island Hospital. The electronically stored documents will be secured in the Clerk of Court's safe only accessible by Court authorization.

**SO ORDERED** on this **19th day** of **May, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**