**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032** | § § § § § § § § | **Civil Action No. 4:26-MC-00006-O** |

**ORDER**

On May 19, 2026, Rhode Island Hospital filed a notice with the Court indicating that the production of records in compliance with the Court's May 18 Order would occur over a period of months "with a goal of rolling submissions every two weeks." Notice 2, ECF No. 30. Rhode Island Hospital is **ORDERED** to file a status report regarding the state of the rolling production and a schedule for the production of any unprovided responsive documents no later than October 19, 2026.

**SO ORDERED** on this **9th day** of **October, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE