**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032 | Civil Action No. 4:26-MC-0006-O |

**STATUS REPORT**

On October 9, 2026, this Court ordered Rhode Island Hospital (RIH) to submit "a status report regarding the state of the rolling production and a schedule for the production of any unprovided responsive documents." Order, ECF No. 37. RIH respectfully submits this Status Report pursuant to the Court's Order.

RIH has worked diligently to collect, review, and submit to the Court "all materials that it would have turned over to the Government" in compliance with the Court's April 30 Order enforcing the Government's administrative subpoena. May 18 Order, ECF No. 26, at 5-6. As RIH advised the Court on May 19, 2026, when it made its initial in camera production, subsequent productions in compliance with the May 18 Order would occur over a period of months, with a goal of rolling submissions every two weeks. Notice, ECF No. 30, at 2.

RIH has adhered to the anticipated schedule and made twelve in camera, bi-weekly productions to the Court, totaling 112,647 pages of records. The most recent production occurred on October 16, 2026. The review and production process has involved substantial resource allocation by RIH, including over 3,500 hours in dedicated time.

RIH currently anticipates continuing to make productions every two weeks with completion occurring in approximately four months, recognizing that certain variables, including variables beyond RIH's control, may affect this schedule. Responsive materials reside on disparate

platforms, require processing by third-party vendors, and must be reviewed for privilege and confidentiality. *See generally* Decl. Glenn R. Friedemann, ECF No. 8, Ex. 1.

In addition, a substantial volume of the materials contains protected health information and personally identifiable information that must be redacted and de-identified. *Id.* Although RIH is leveraging technological means and in-house personnel, as feasible, to assist with this work, redaction and de-identification remains a time-intensive process involving multiple levels of review and coordination between various personnel and systems. *Id.* Should circumstances indicate that additional time beyond four months will be needed, RIH will advise the Court accordingly. RIH will also continue to retain and protect all responsive materials, as it has throughout the pendency of the underlying investigation and related ongoing litigation.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Mindy M. Sauter*
Mindy M. Sauter
Texas Bar No. 24033114
MCGUIREWOODS LLP
2601 Olive Street
Suite 2100
Dallas, Texas 75201
T: (469) 372-3916
F: (214) 273-7470
msauter@mcguirewoods.com

Eric G. Olshan (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
Tower Two-Sixty, 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050
eolshan@mcguirewoods.com

Kathryn M. Barber (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP

800 East Canal Street
Richmond, VA 23219
T: (804) 775-1227
F: (804) 698-2227
kbarber@mcguirewoods.com

Robert L. Webster
Texas Bar No. 21053375
8350 N Central Expressway
Suite 1900
Dallas, TX 75206
T: (817) 953-8699
robert.webster@bobwebsterlaw.com

*Attorneys for Rhode Island Hospital*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the clerk of court via ECF, which will provide electronic service on all counsel of record.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Mindy M. Sauter*
Mindy M. Sauter
Texas Bar No. 24033114
MCGUIREWOODS LLP
2601 Olive Street
Suite 2100
Dallas, Texas 75201
T: (469) 372-3916
F: (214) 273-7470
msauter@mcguirewoods.com

Eric G. Olshan (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
Tower Two-Sixty, 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050
eolshan@mcguirewoods.com

Kathryn M. Barber (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1227
F: (804) 698-2227
kbarber@mcguirewoods.com

Robert L. Webster
Texas Bar No. 21053375
8350 N Central Expressway
Suite 1900
Dallas, TX 75206
T: (817) 953-8699
robert.webster@bobwebsterlaw.com

*Attorneys for Rhode Island Hospital*